UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO POOLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:14-cv-01884 |
| ) | JUDGE CRENSHAW |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are a Motion to Disqualify Counsel (Doc. No. 99) filed by plaintiff Antonio Poole and a Motion for Summary Judgment (Doc. No. 59) and Motion to Ascertain Status (Doc. No. 107) filed by Lowe's Home Centers, LLC. For reasons discussed in the accompanying memorandum, the Motion to Disqualify Counsel and Motion for Summary Judgment are both **DENIED**. All outstanding motions having been ruled upon, the Motion to Ascertain Status is **DENIED AS MOOT**. Pretrial conference remains scheduled for January 6, 2017, at 9:00 a.m., with bench trial scheduled for January 17, 2017.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE